# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:99CR45

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RICKY RIVERS, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's letter dated January 7, 2008, which the Court will treat as a Motion to Amend the Judgment entered in this case in January 30, 2004. The Defendant requests that the Court amend the previous Judgment to state that Defendant's federal term of imprisonment run concurrently with his state sentence. It appears to the Court that such an amendment is warranted. Therefore,

IT IS ORDERED that the Judgment entered on January 30, 2004 is hereby amended to state that Defendant's federal term of imprisonment of twelve months and one day is to run concurrently with his state sentence.

Signed: January 22, 2008

Graham C. Mullen
United States District Judge